**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7948**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARTELL WHITAKER,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Margaret B. Seymour, District Judge. (CR-98-1016)

---

Submitted:  April 21, 2006              Decided:  June 5, 2006

---

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Martell Whitaker, Appellant Pro Se.  Jane Barrett Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martell Whitaker appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Whitaker, No. CR-98-1016 (D.S.C. Nov. 29, 2005). We grant the motion to vacate the supplemental informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED